## United States District Court for the Northern District of Illinois

Case Number: 08cv4964  Assigned/Issued By: daj

Judge Name: NORDBERG  Designated Magistrate Judge: COX

### FEE INFORMATION

Amount Due: ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 3067888

Date Payment Rec'd: 09/02/08   Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
(Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 09/02/08 as to DEF.
(Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05