AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES M. SWEENEY, et al.

CASE NUMBER: **08CV4964**

V.

ASSIGNED JUDGE: **JUDGE NORDBERG**

TIRES 'N TRACKS, INC., an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Tires 'N Tracks, Inc.
c/o James M. Dash, Registered Agent
Much Shelist Freed Denenberg Ament & Rubenstein, PC
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 521-2451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Anya Ellis*

**(By) DEPUTY CLERK**

**September 2, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 4, 2008 |
| NAME OF SERVER *(PRINT)* Eli B. Freiburg | TITLE Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

- ■ Served personally upon the defendant. Place where served: _____

- ■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ■ Returned unexecuted: _____

- ■ Other (specify): Left copies with James M. Dash, Registered Agent for Tires 'N Tracks, Inc., 191 N. Wacker Drive, Suite 1800, Chicago, IL 60606, (312) 521-2451

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/4/08
                Date            *Signature of Server*

200 W. Adams Street, Suite 2200,
Chicago, IL 60606-5231
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.